IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE DRYWALL, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 3:10-cv-245-MEF |
| ) | |
| HARTFORD FIRE INSURANCE CO., ) | |
| ) | (WO) |
| DEFENDANT. ) | |

## **ORDER**

It is hereby ORDERED that any party wishing to file a response or opposition to the Motion to Intervene (Doc. # 19) filed by White-Spunner Construction, Inc. shall do so on or before **August 6, 2010**.

DONE this the 3rd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE